IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE D. CHATMAN,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>JOHN MARSHALL, Warden, R. GRENZ, A. Warden,<br><br>　　　　Defendant.<br>_____ | No. C 06-4879 MMC (PR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br><br><br>**(Docket No. 14)** |

　　　On August 14, 2006, plaintiff, a California prisoner proceeding pro se and seeking leave to proceed in forma pauperis, filed the above-titled civil rights action under 42 U.S.C. § 1983, alleging that another inmate had "verbally sexually assaulted" two female employees at the California Men's Colony in San Luis Obispo, where plaintiff was then incarcerated. On January 3, 2007, the Court conducted an initial screening of the complaint under 28 U.S.C. § 1915(e)(2)(B)(ii), which requires the district court to dismiss an action where the plaintiff seeks to proceed in forma pauperis and the complaint "fails to state a claim on which relief may be granted." The Court found plaintiff's complaint failed to state a claim for relief because: (1) allegations of verbal harassment do not state a claim for relief under § 1983; (2) actions taken by another inmate are not taken "under color of state law," an essential element of a § 1983 claim; and (3) plaintiff had failed to make any allegations with respect to the two individuals identified in the caption of plaintiff's in forma pauperis application.

Consequently, the Court dismissed the complaint for failure to state a claim upon which relief may be granted, and directed the Clerk of the Court to close the file. (See Order of Dismissal, filed Jan. 3, 2007.)

Subsequent to the Court's dismissal of plaintiff's complaint, plaintiff has sent to the Court several letters captioned with the case number of the above-titled action. In those letters, plaintiff informs the Court of problems he has had with prison officials at R.J. Donovan State Prison and Pleasant Valley State Prison. Most recently, on August 9, 2007, plaintiff filed a motion for appointment of counsel in the above-titled action. In the motion, plaintiff states he requires counsel to assist him with the filing of a missing property claim.

The above-titled action was dismissed on January 3, 2007, and is no longer pending before the Court. Accordingly, plaintiff's motion for appointment of counsel is hereby DENIED.

Because plaintiff's communications with the Court subsequent to January 3, 2007 indicate that he believes the action is still open, the Court will take this opportunity to clarify for plaintiff that the instant action, titled Chatman v. Marshall, No. C 06-4879 MMC (PR), is closed, and that no claims will proceed under said case number. If plaintiff is attempting to seek relief for claims that arose at either R.J. Donovan State Prison or Pleasant Valley State Prison, he must file complaints concerning those claims in the proper venue. See U.S.C. § 1391(b). For claims arising at R.J. Donovan State Prison, which is in San Diego County, the proper venue is the United States District Court for the Southern District of California. See 28 U.S.C. § 84(d). For claims arising at Pleasant Valley State Prison, which is in Fresno County, the proper venue is the United States District Court for the Eastern District of California. See id. § 84(b).

This order terminates Docket No. 14.

IT IS SO ORDERED.

DATED: November 8, 2007

MAXINE M. CHESNEY
United States District Judge